1
2
3
4
5
6
7        UNITED STATES DISTRICT COURT
8      WESTERN DISTRICT OF WASHINGTON AT SEATTLE
9
10

11   ALEXA CATHCART,                    Case No.: 2:15−cv−01674
        Plaintiff
12

13   VS.                                NOTICE OF SETTLEMENT OF ALL
                                        CLAIMS AGAINST ALL PARTIES
14   DAVID BLACKMER, et al,
        Defendants
15

16       PLEASE BE ADVISED that the parties have agreed on terms of a settlement of all
   claims between all remaining parties in this case.
17
18
19
20   Date: September 13, 2016              /s/ Kenan Isitt
                                           Kenan Isitt, WSBA# 35317
21
22
23
24

NOTICE OF SETTLEMENT
Page 1 of 1

